UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF03011 (rev 04/2021)

In re:

**Geary Everett Culver Sr**,
**Linda Ann Culver**,
    Debtors.

Case No. **03–14588–RLM–7A**

## TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED DIVIDENDS

Pursuant to Fed.R.Bankr.P. 3011, Thomas A. Krudy deposits the following unclaimed dividends with the Court:

| Payee | Amount |
|---|---|
| Geary Everett Culver and Linda Ann Culver<br>3701 S. Brill Rd.<br>Indianapolis, IN 46227 | $22,828.80 |
| **Total Amount**: | $22,828.80 |

Dated: November 29, 2021

/s/ Thomas A. Krudy
Trustee